No. 89–7382. DeMelo *v.* Department of the Army. C. A. Fed. Cir. Certiorari denied.

No. 89–7390. Bates *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 89–7400. Chiles *v.* McCaskill et al. C. A. 5th Cir. Certiorari denied.

No. 89–7402. Fassler *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 89–7427. Somyk *v.* Arizona. Ct. App. Ariz. Certiorari denied.

No. 89–7443. Moeller *v.* United States. C. A. 2d Cir. Certiorari denied.

No. 89–7451. Barnard *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 89–7469. Campos *v.* United States. C. A. 11th Cir. Certiorari denied.

No. 89–7475. Calvo *v.* Securities and Exchange Commission. C. A. 2d Cir. Certiorari denied.

No. 89–7483. Stefenel *v.* United States. C. A. 9th Cir. Certiorari denied.

No. 89–7494. Figueroa et al. *v.* United States. C. A. 8th Cir. Certiorari denied.

No. 89–7509. Hunt *v.* Thompson et al. C. A. 6th Cir. Certiorari denied.

No. 89–7619. Hart *v.* Ohio. Ct. App. Ohio, Summit County. Certiorari denied.

No. 89–1445. Commissioner of Corrections of State of New York et al. *v.* Fullan. C. A. 2d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.